NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETSTAR-1 GOVERNMENT CONSULTING, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**ALON, INC.,**
*Defendant-Appellant.*

---

2012-5023, -5024

---

Appeals from the United States Court of Federal Claims in case no. 11-CV-294, Judge Francis M. Allegra.

---

**ON MOTION**

---

## ORDER

Upon consideration of the United States's unopposed motion for the court to accept for filing confidential and non-confidential appendices notwithstanding a deviation from Federal Circuit Rule 30(h)(1),

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 24 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel B. Volk, Esq.
William F. Savarino, Esq.
Douglas L. Patin, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 24 2012

**JAN HORBALY**
**CLERK**